UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

-------------------------------------------------------------------X

ADRIAN THOMASON,

                          Plaintiff,

        -v-

TARGET CORPORATION and TARGET
ENTERPRISES, INC.,

                    Defendants.

-------------------------------------------------------------------X

      20-CV-8982 (JPC)

      <u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

      The Court construes the parties' stipulation of voluntary dismissal against Target

Enterprises, Inc., Dkt. 9, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Because the

stipulation has been signed by "all parties who have appeared," *id.*, the Court respectfully directs

the Clerk of Court to dismiss this action against Defendant Target Enterprises, Inc. and terminate

Target Enterprises, Inc. as a party in this case.

      The Clerk of Court is further directed to amend the caption of the case to delete Target

Enterprises, Inc. as a defendant.  All future documents filed with the Court shall reflect this amended

caption.

      Pursuant to the parties' stipulation, Dkt. 9, paragraph 11 of Plaintiff's Complaint is deemed

amended to change the date of October 10, 2020 to October 10, 2017.

      SO ORDERED.

Dated: December 9, 2020
      New York, New York

                              JOHN P. CRONAN
                       United States District Judge