UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ADRIAN THOMASON,

                Plaintiff,

-against-

TARGET CORPORATION,

                Defendant.
-----------------------------------------------------------X

20 CIVIL 8982 (JPC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 18, 2022, Thomason had an unfortunate accident. But she provided no evidence that the liquid she slipped on had been on the floor long enough for Target's employees to discover it and clean it up. Target's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      April 21, 2022

                                              RUBY J. KRAJICK

                                              Clerk of Court

                          BY:

                                              Deputy Clerk